CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN L. DUNHAM (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email:       cmellema@sonnenschein.com
             jbutler@sonnenschein.com
             mdunham@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIS J. GILTON,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ALLSTATE INSURANCE COMPANY,<br>and DOES 1 through 50, inclusive,<br><br>                    Defendants. | No. C 08 02612 SC<br><br>NOTICE TO PLAINTIFF THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT |

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. sections 1332, 1441(a), and

1446, this action has been removed to the United States District Court for the Northern District

of California. Copies of the Notice Of Removal Of Civil Action filed in the District Court and

the Notice That Action Has Been Removed filed in the Superior Court of California for the

County of San Mateo, are attached (without their exhibits) as Exhibit "1."

All further proceedings in this action shall take place before the United States District

Court for the Northern District of California.

CASE NO. C 08-02612 SC

NOTICE TO PLAINTIFF THAT
ACTION HAS BEEN REMOVED

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1

2    Dated: May 27, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP


By _____
          MEGAN DUNHAM

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-2-

# EXHIBIT 1

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN L. DUNHAM (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email:       cmellema@sonnenschein.com
             jbutler@sonnenschein.com
             mdunham@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIS J. GILTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>    Defendants. | No.<br><br>NOTICE OF REMOVAL OF A CIVIL ACTION |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS

OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. section 1441(a), defendant hereby

removes to this Court the action described herein and respectfully submits the following

statement of grounds for removal:

THE SUPERIOR COURT ACTION

1.    On April 10, 2008, an action was commenced in the Superior Court of the State of

California for the County of San Francisco, entitled "*Doris J. Gilton v. Allstate Insurance*

CASE NO.                            -1-                    NOTICE OF REMOVAL

1    *Company, and Does 1 through 50, inclusive,*" Case No. CGC 08 474148 (the "Superior Court

2    Action").

3        2.    In the Superior Court Action, plaintiff seek damages on account of Allstate's

4    alleged breach of contract and breach of the covenant of good faith and fair dealing.  In the

5    Complaint, plaintiff claims Allstate has failed to fulfill its contractual obligations under the

6    policy.  Further, plaintiff asserts a cause of action for breach of the implied covenant of good

7    faith and fair dealing based on Allstate's handling of plaintiff's insurance claim.  Plaintiff seeks

8    general and punitive damages, attorneys' fees and costs of suit.

9                                    SERVICE

10       3.    Plaintiff served the Summons and Complaint in the Superior Court Action on

11   Allstate on or about April 24, 2008.  Attached as Exhibit A to this notice are true and correct

12   copies of the Summons, Complaint, Superior Court documents served with the Complaint and

13   Allstate's Answer (which Allstate filed in the Superior Court on May 22, 2008).  Allstate

14   believes these documents constitute all pleadings and documents on file in the Superior Court

15   Action.

16                            DIVERSITY OF CITIZENSHIP

17       4.    Plaintiff Doris Gilton was, at the time of filing of the Superior Court Action, now

18   is, and at all relevant times has been, a citizen and resident of the State of California.

19   (Complaint, ¶ 4.)

20       5.    Defendant Allstate was, at the time of filing of the Superior Court Action, now is,

21   and at all relevant times has been, a corporation organized and existing under the laws of the

22   State of Illinois, with its principal places of business in the city of Northbrook, Illinois.[1]

23       6.    Plaintiff and Allstate, accordingly, are citizens and residents of different states.

---

[1] Plaintiff's Complaint alleges that Allstate is a citizen and residence of San Francisco, California. (Complaint, ¶ 6.)  As a mater of public record, that is not true.  Further, having filed many cases against Allstate previously, plaintiff's attorney is well aware that Allstate is considered a citizen and residence of Northbrook, Illinois. (See Exhibit B, Allstate Insurance Company's Request for Judicial Notice, ¶ 1, 2, 3, Ex. 1, 2.)

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 949-2600

1

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 949-2600

AMOUNT IN CONTROVERSY

7.    The amount in controversy in the Superior Court Action, exclusive of interest and costs, exceeds the $75,000 jurisdictional minimum.  In plaintiff's complaint, she seeks damages in excess of $25,000.  (Complaint, ¶ 16, 23.)  In addition, plaintiff's prayer for relief seeks a judgment of $1,000,000 in the event of a default judgment.  (Complaint, prayer for relief, ¶ 4.)

8.    At a minimum, plaintiff is currently seeking seven months of Additional Living Expenses totaling $129,150.  ( See Exhibit C, Declaration of Richard Reney [Reney Decl.], ¶ 2, Ex. 1.)   In addition, plaintiff demands $42,000 in engineering fees and $7,346 in permit fess. (Reney Decl., ¶ 3 , Ex. 1.)  Accordingly, plaintiff seeks losses related to the claim over $75,000.

9.    Additionally, plaintiff seeks to recover attorney's fees.  (Complaint, prayer for relief, ¶ 8.)  Attorneys' fees incurred to compel payment of insurance policy benefits unreasonably withheld are recoverable as an element of damages under *Brandt v. Superior Court*, 37 Cal. 3d 813 (1985), and therefore must be included in calculating the amount of controversy.  *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1155-56 (9th Cir. 1998).

10.    Plaintiff also seeks an undisclosed amount of punitive damages.  (Complaint, ¶ 35.)  In calculating the amount in controversy, the Court must consider the punitive damages that may be recovered by plaintiff if her claim for punitive damages should prevail.  *Surber v. Reliance Nat. Indem. Co.*, 110 F. Supp. 2d 1227, 1232 (N.D. Cal. 2000).

ORIGINAL JURISDICTION

11.    The Superior Court Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, in that plaintiff and Allstate are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

12.    The case is therefore one which Allstate may remove to this Court pursuant to 28 U.S.C. sections 1441 and 1446.  The removal is effected less than thirty days after service of the Complaint in the Superior Court Action, in accordance with 28 U.S.C. section 1446(b).

WHEREFORE, Allstate hereby gives notice that this action has been removed, in its entirety, from the Superior Court of the State of California for the County of San Francisco to

1   the United States District Court for the Northern District of California, San Francisco Division

2   for further proceedings as though it originally had been instituted herein.

3                                          Respectfully submitted,

4   Dated: May 22, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP

5

6

7   By _____
                                           CYNTHIA L. MELLEMA

8                                          Attorneys for Defendant
                                           ALLSTATE INSURANCE COMPANY
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 949-2600

1  CYNTHIA L. MELLEMA (State Bar No. 122798)
   JEFFRY BUTLER (State Bar No. 180936)
2  MEGAN L. DUNHAM (State Bar No. 245991)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  2121 N California Blvd., Suite 800
   Walnut Creek, CA 94596
4  Telephone: (925) 949-2600
   Facsimile: (925) 949-2610
5  Email:    cmellema@sonnenschein.com
             jbutler@sonnenschein.com
6            mdunham@sonnenschein.com

7  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
8



9                  SUPERIOR COURT OF CALIFORNIA

10                  COUNTY OF SAN FRANCISCO

11 DORIS J. GILTON,                        No. CGC 08474148

12         Plaintiff,                      NOTICE TO STATE COURT THAT
                                           ACTION HAS BEEN REMOVED TO
13    vs.                                  FEDERAL COURT

14 ALLSTATE INSURANCE COMPANY,
   and DOES 1 through 50, inclusive,
15
           Defendants.
16                                                      BY FAX

17

18      TO THE CLERK OF THE ABOVE COURT:

19      On May 23, 2008, defendant Allstate Insurance Company removed this action to the

20 United States District Court for the Northern District of California, pursuant to 28 U.S.C.

21 sections 1332, 1441(a), and 1446. A complete copy of the Notice Of Removal Of Civil Action

22 is attached hereto as Exhibit "A."

23      PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. section 1446(d), filing

24 the Notice Of Removal Of Civil Action in the United States District Court followed by filing

25 this notice with this Court effected the removal of this action, and this Court may not proceed

26 further unless and until the action is remanded.

27

28

-1-
ALLSTATE INSURANCE COMPANY'S NOTICE TO STATE COURT OF REMOVAL

1

2   Dated: May 23, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94595-7342
(925) 949-2600

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
        MEGAN L. DUNHAM

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

ALLSTATE INSURANCE COMPANY'S NOTICE TO STATE COURT OF REMOVAL