CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN L. DUNHAM (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA  94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:       cmellema@sonnenschein.com
             jbutler@sonnenschein.com
             mdunham@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIS J. GILTON,<br><br>  Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br>and DOES 1 through 50, inclusive,<br><br>  Defendants. | No. C 08 02612 SC<br><br>PROOF OF SERVICE |

I, Gloria Courtney, hereby declare:

I am employed in the City of Walnut Creek, and in the County of Contra Costa, California, in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 2121 North California Boulevard, Suite 800, Walnut Creek, California 94596.

On May 28, 2008, I caused to be served on the interested parties in this action the following document(s):

1.   Civil Cover Sheet;

2.   Notice Of Removal Of A Civil Action (including Exhibits);

-1-

CASE NO. C 08-02612 SC                                                                                          PROOF OF SERVICE

3. Notice To State Court That Action Has Been Removed To Federal Court;

4. Notice To Plaintiff That Action Has Been Removed To Federal Court;

5. Order Setting Initial Case Management Conference And ADR Deadlines;

6. U.S. District Court Welcome Handout;

7. Notice Of Availability Of A Magistrate To Exercise Jurisdiction;

8. [Blank] Notice Of Lawsuit And Request For Waiver Of Service Of Summons;

9. [Blank] Waiver Of Service Of Summons;

10. U.S. District Court Northern California ECF Registration Information Handout;

by placing a true copy(ies) thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

Marcus Daniel Merchasin
Attorney and Counselor at Law
582 Market Street, Suite 1400
San Francisco, CA 94104

Telephone: (415) 678-2700

Attorney for Plaintiff
DORIS J. GILTON

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 28, 2008, at Walnut Creek, California.

Gloria Courtney
Gloria Courtney

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 NORTH CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 949-2600