Marcus Daniel Merchasin, SBN 55927
Attorney and Counselor at Law
582 Market Street, Suite 1400
San Francisco, California 94104

Telephone Number: 1-415-678-2700

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS J. GILTON,<br><br>　　*Plaintiff,*<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　*Defendants.* | CASE NUMBER: C 08 02612 SC<br><br>DEMAND FOR JURY TRIAL<br><br>CALIFORNIA CONSTITUTION 1 § § 3 & 16, UNITED STATES CONSTITUTION 7TH AMENDMENT, F. R. C. P. 38. |

*To All Interested Parties:*

　　**Notice** is given that Plaintiff hereby demands a *trial by jury* in the above matter pursuant to *California Constitution 1 § § 3 & 1,6 United States Constitution 7th Amendment* and *Fed. Rules of Civil Procedure 38.*

Dated: 05/28/08

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Marcus Daniel Merchasin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney at Law