Marcus Daniel Merchasin, SBN 55927
Attorney and Counselor at Law
582 Market Street, Suite 1400
San Francisco, California 94104

Telephone Number: 1-415-678-2700

Attorney for Plaintiff Doris J. Gilton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS J. GILTON<br><br>*Plaintiff*<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>*Defendants.* | CASE NUMBER: C 08 02612 SC<br>NOTICE OF MOTION TO REMAND CASE BACK TO THE CALIFORNIA SUPERIOR COURT<br>F.R.C.P. 7-2b, F.R.E. 1$^{01}$1606, 28 U.S.C. § 1332, 28 U.S.C. § 1441(B), NORTHERN DISTRICT OF CALIFORNIA RULE 7-1<br>DATE: JULY 25, 2008<br>TIME: 10:00 A.M.<br>JUDGE: HON. SAMUEL CONTI |

*To All Interested Parties:*

**Notice** is hereby given that, *Marcus Daniel Merchasin*, Attorney for Plaintiff Doris J. Gilton in the above-referenced matter, will move this Court located at 450 Golden Gate Avenue, San Francisco, California on July 25, 2008 at 10.00 a.m. or as soon after as can be heard before the Hon. Judge Samuel Conti for an Order remanding this case back to the California Superior Court located in San Francisco, California.

The motion will be made on the ground that Defendant has failed to establish diversity jurisdiction or the raising of a federal question as the basis for the removal of this case.

Prior to bringing this *Motion*, appropriate informal meet and confer efforts have been made by the moving party to resolve the matter.

This *Motion* will be based upon this *Notice*, the accompanying *Memorandum of Points and Authorities*, papers, attachments, declarations, evidence and all pleadings and papers on file herein

1  along with any further evidence to be presented or oral arguments to be made by the moving party at
2  the hearing of this matter. This *Notice* and *Motion* does not constitute a waiver of any rights. All
3  rights are reserved.
4  Dated: 06/20/08

_____
Marcus Daniel Merchasin
Attorney at Law