Marcus Daniel Merchasin, SBN 55927
Attorney and Counselor at Law
582 Market Street, Suite 1400
San Francisco, California 94104

Telephone Number: 1-415-678-2700

Attorney for Plaintiff Doris J. Gilton

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS J. GILTON<br><br>*Plaintiff*<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>*Defendants.* | CASE NUMBER: C 08 02612 SC<br><br>DECLARATION OF MARCUS DANIEL MERCHASIN IN SUPPORT OF MOTION TO REMAND CASE BACK TO THE CALIFORNIA SUPERIOR COURT<br><br>DATE: JULY 25, 2008<br>TIME: 10:00 A.M.<br>JUDGE: HON. SAMUEL CONTI |

I, *Marcus Daniel Merchasin*, declare:

1. I am not a party to the above action.

2. I am a Member of the State Bar of California. I am a duly licensed attorney qualified to practice law before all Courts of the State of California and the United States Supreme Court, the United States Tax Court, the United States Ninth Circuit Court of Appeals, the United States Eastern District Court of California, the United States Central District Court of California, the United States Southern District Court of California and the United States Northern District Court of California.

3. I represent Plaintiff in the above-entitled case and I am the person principally charged with the responsibility of handling this matter at this time.

4. I have read the materials discussed in the *Memorandum of Points and Authorities* and incorporate them herein.

5. The controversy in this matter is alleged in the Complaint to be $25,000 or more. It is not alleged to be $75,000 or more. Defendant Allstate did not default and therefore any alternative sum sought in this case in the event that Defendant Allstate defaulted is null and void by its own terms. Defendant Allstate answered before removing and that answer acting as a condition precedent voided the default damage provision leaving $25,000 as the amount in question.

6. Having made no demand on Defendant Allstate which exceeds the $25,000 listed in the Complaint, there is no *"paper-in-the-case"* which would provide a basis for Defendant Allstate to argue that this case has a value of $75,000 or greater.

7. This case belong in the California Superior Court. Had greater amounts been anticipated, then Plaintiff easily could have availed herself of District Court jurisdiction. The conclusion formulated by Defendant Allstate as to the case's value and the amount in controversy is unfounded and contrary to the *"paper-in-the-case"* wherein they claim that Plaintiff's case is worth nothing.

8. The evidence tendered by Defendant Allstate lacks authentication and further Defendant Allstate fails to either argue or prove that any of the *"Greenspan letters"* were written with authority by an authorized agent who knew what she was doing with the power to bind Plaintiff. The Court will note that nothing from this office is quoted or relied upon. Defendant Allstate did not contact me about their novel theories concerning jurisdiction before proceeding. My good faith analysis at this time indicates that the value of this case is less than the $75,000 required for federal court diversity jurisdiction.

9. I am over the age of eighteen (18) years. I am fully competent to and do testify to the above from my own personal knowledge under penalty of perjury. As to those matters to which I testify on the basis of my information and belief, I, in good faith, believe them to be true and correct and on that basis testify that they are true and correct under penalty of perjury. Executed in San Francisco, California this date.

Dated: 06/20/08

_____
Marcus Daniel Merchasin
Attorney at Law