1  Marcus Daniel Merchasin, SBN 55927
   Attorney and Counselor at Law
2  582 Market Street, Suite 1400
   San Francisco, California 94104
3
   Telephone Number: 1-415-678-2700
4
   Attorney for Plaintiff Doris J. Gilton
5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 DORIS J. GILTON                        ) CASE NUMBER: C 08 02612 SC
                                          )
12     Plaintiff                          ) [PROPOSED] ORDER RE: MOTION TO REMAND
                                          ) CASE BACK TO THE CALIFORNIA SUPERIOR
                                          ) COURT
13 v.                                     )
                                          ) F.R.C.P. 7-2b, F.R.E. 1$^{ol}$1606, 28 U.S.C. § 1332,
14 ALLSTATE INSURANCE COMPANY, AND        ) 28 U.S.C. § 1441(B), NORTHERN DISTRICT OF
   DOES 1 THROUGH 50, INCLUSIVE,          ) CALIFORNIA RULE 7-1
15                                        )
       Defendants.                        ) DATE: JULY 25, 2008
16 _____) TIME: 10:00 A.M.
                                            JUDGE: HON. SAMUEL CONTI

17     Plaintiff's Motion to Remand Case Back to the California Superior Court came for hearing be-

18 fore this Court on July 25, 2008. After considering the moving, opposition and reply papers, argu-

19 ments of counsel, and all other matters presented to the Court and for good cause appearing there-

20 fore,

21     THE COURT HEREBY FINDS THAT, for the reasons set forth in the moving papers and

22 related filings said Motion is hereby GRANTED and this matter be remanded back to the California

23 Superior Court.

24 Dated:                                      _____
                                               Hon. Samuel Conti
25

26

27

28