CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN L. DUNHAM (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: cmellema@sonnenschein.com
jbutler@sonnenschein.com
mdunham@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIS J. GILTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No. C 08 02612 SC<br><br>**DECLARATION OF MEGAN DUNHAM IN SUPPORT OF ALLSTATE INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Date: July 25, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1, 17th Floor<br>Before: Hon. Samuel Conti |

I, Megan L Dunham, declare as follows:

1. I am an attorney duly licensed to practice law before all of the courts in the State of California and am an associate with Sonnenschein Nath & Rosenthal, attorneys of record for defendant Allstate Insurance Company ("Allstate"). As such, I have personal knowledge of the matters set forth herein and could competently testify to those matters. I make this declaration in support of Defendant Allstate's Opposition To Plaintiffs' Motion For Remand.

2. On July 1, 2008, I sent plaintiff's counsel, Marcus Merchasin, a letter

-1-
DECLARATION OF MEGAN DUNHAM

stating that Allstate would not oppose plaintiff's motion to remand if plaintiff would stipulate she is not seeking more than $75,000 against Allstate. I also included a stipulation to that effect. In light of Allstate's obligation to oppose the remand motion by July 3, 2008, I asked Mr. Merchasin to execute the stipulation by July 2, 2008. A true and correct copy of my July 1, 2008 letter and attached stipulation are attached as Exhibit 1.

3.  As of July 3, 2008, Mr. Merchasin had not responded to my letter or executed the proposed stipulation.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that I executed this declaration in San Francisco, California on July 3, 2008.

Respectfully Submitted,

Dated: July 3, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By /s/ Megan L. Dunham
MEGAN L. DUNHAM

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

27139934

# EXHIBIT 1



**SONNENSCHEIN NATH & ROSENTHAL LLP**

Megan L. Dunham
925.949.2635
mdunham@sonnenschein.com

2121 N. California Blvd.
Suite 800
Walnut Creek, CA 94596-7342
925.949.2600
925.949.2610 fax
www.sonnenschein.com

July 1, 2008

<u>VIA FACSIMILE</u>

Marcus Daniel Merchasin
Attorney and Counselor at Law
582 Market Street, Suite 1400
San Francisco, CA 94104

Re:   *Gilton v. Allstate Insurance Company*
      *Case No. CGC-08-474148*

Dear Mr. Merchasin:

    We received your client's motion to remand this action to state court. In your declaration in support of the motion to remand, you expressly state that at this time you value the case at less than $75,000. Thus, if your client is willing to stipulate that she will not seek more than $75,000 in total damages, Allstate will not oppose her motion. We have attached a draft stipulation for your convenience.

    Please let me know by Wednesday, July 2, 2008, whether your client will so stipulate.

Very truly yours,

SONNENSCHEIN NATH & ROSENTHAL LLP

*/s/ Megan Dunham*

Megan L. Dunham

Enclosure

27302335\V-1

Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix   St. Louis
          San Francisco   Short Hills, N.J.   Silicon Valley   Washington, D.C.   West Palm Beach

MARCUS DANIEL MERCHASIN (State Bar No. 55927)
ATTORNEY AND COUNSELOR AT LAW
582 Market Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 678-2700
Facsimile:  (415) 678-2704
Email:     lawofficemdm@sbcglobal.net

Attorney for Plaintiff
DORIS J. GILTON


CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN L. DUNHAM (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:     cmellema@sonnenschein.com
           jbutler@sonnenschein.com
           mdunham@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS J. GILTON,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. C 08 02612 SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMOUNT IN CONTROVERSY AND REMAND TO STATE COURT** |

By and through their counsel of record, Plaintiff Doris J. Gilton and defendant Allstate Insurance Company hereby agree and stipulate as follows:

- 1 -

Case No. C 08 02612 SC

STIP. AND [PROPOSED] ORDER RE AMOUNT IN CONTROVERSY AND REMAND TO STATE COURT

1. Plaintiff Doris J. Gilton ("Plaintiff") has thoroughly investigated the basis for her damages claim against Allstate Insurance Company in this action. Based on this thorough investigation, Plaintiff expressly waives any and all claims in excess of $75,000, exclusive of interest and costs incurred in this action, against Allstate. In light of this waiver, the parties agree that this action does not seek damages of any kind in excess of $75,000, exclusive of interest and costs incurred in this action.

2. The parties further agree, in view of the stipulation set forth in Paragraph 1, that this case should be remanded to San Francisco County Superior Court for further proceedings under Case No. CGC 08 474148, pursuant to 28 U.S.C. section 1332.

IT IS SO STIPULATED.

Dated: July __, 2008

By_____
MARCUS DANIEL MERCHASIN

Attorney for Plaintiff
DORIS J. GILTON

Dated: July __, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By_____
CYNTHIA L. MELLEMA

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

**[PROPOSED] ORDER**

The Court, having reviewed the parties' Stipulation Regarding Amount In Controversy, and good cause appearing therefor, hereby adopts the Stipulation and remands the case to the Superior Court. Each party shall bear its own attorneys' fees and costs associated with the removal and remand of this action.

It is so ORDERED:

Dated: _____                    _____
                                          Hon. Samuel Conti

27259562\V-3