Marcus Daniel Merchasin, SBN 55927
Attorney and Counselor at Law
582 Market Street, Suite 1400
San Francisco, California 94104

Telephone Number: 1-415-678-2700

Attorney for Plaintiff Doris J. Gilton

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS J. GILTON,<br><br>*Plaintiff,*<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>*Defendants.* | CASE NUMBER: C 08 02612 SC<br>PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO REMAND<br>DATE: JULY 25, 2008<br>TIME: 10:00 A.M.<br>JUDGE: HON. SAMUEL CONTI |

*To All Interested Parties:*

Notice is hereby given that Plaintiff Doris J. Gilton hereby withdraws the *Motion to Remand* currently set to be heard on July 25, 2008 without prejudice to re-noticing it.

Dated: 07/22/08

_____
Marcus Daniel Merchasin
Attorney at Law

Page Number - 1
----------------------------
Notice of Withdrawal of Motion to Remand