United States District Court
Northern District of California

1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9              **Northern District of California**

10   Gilton,                              08-02612 SC

11              Plaintiff(s),          **NOTICE RE: NONCOMPLIANCE
                                        WITH COURT ORDER**
12        v.

13   Allstate Insurance Company,

14              Defendant(s).

15

16        The parties have failed to file an ADR Certification and either a Stipulation and

17   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18   Conference as required by the Initial Case Management Scheduling Order.  Counsel

19   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22   **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24   at www.adr.cand.uscourts.gov.)

25

26        Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

Notice Re: Noncompliance With Court Order

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: August 21, 2008

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

United States District Court
Northern District of California

**PROOF OF SERVICE**

Case Name:        Gilton v. Allstate Insurance Company

Case Number:      08-02612 SC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 21, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Marcus Daniel Merchasin
> Attorney at Law
> 582 Market Street
> Suite 1400
> San Francisco, CA 94104
> lawofficemdm@sbcglobal.net
>
> Jeffry Butler
> Sonnenschein Nath & Rosenthal
> 525 Market Street, 26th Floor
> San Francisco, CA 94105
> jbutler@sonnenschein.com
>
> Cynthia Louise Mellema
> Sonnenschein Nath & Rosenthal LLP
> 2121 N California Boulevard, Suite 800
> Walnut Creek, CA 94596
> cmellema@sonnenschein.com
>
> Megan Lynn Dunham
> Sonnenschein Nath & Rosenthal LLP

2121 N. California Boulevard
Suite 800
Walnut Creek, CA 94596
mdunham@sonnenschein.com

[ ] by Facsimile, I caused said documents to be transmitted to the following
parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully
prepaid in the United States Post Office Mail Box in San Francisco, California,
addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that
this declaration was executed on August 21, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov