1   MARCUS DANIEL MERCHASIN (SBN 55927)
    Attorney and Counselor at Law
2   582 Market Street, Suite 1400
    San Francisco, CA 94104
3   Telephone Number: 1-415-678-2700

4   Attorney for Plaintiff
    DORIS GILTON
5
    CYNTHIA L. MELLEMA (State Bar No. 122798)
6   JEFFRY BUTLER (State Bar No. 180936)
    MEGAN L. DUNHAM (State Bar No. 245991)
7   SONNENSCHEIN NATH & ROSENTHAL LLP
    2121 N California Blvd., Suite 800
8   Walnut Creek, CA  94596
    Telephone: (925) 949-2600
9   Facsimile:  (925) 949-2610
    Email:        cmellema@sonnenschein.com
10                jbutler@sonnenschein.com
                  mdunham@sonnenschein.com
11
    Attorneys for Defendant
12  ALLSTATE INSURANCE COMPANY

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                     SAN FRANCISCO DIVISION
16
       DORIS J. GILTON,                          No. C 08-02612 SC
17
              Plaintiff,                          STIPULATION AND [PROPOSED]
18                                                ORDER VACATING CURRENTLY
         vs.                                      SCHEDULED DEADLINES AND DATES
19                                                AND SETTING A STATUS
       ALLSTATE INSURANCE COMPANY,                CONFERENCE
20     and DOES 1 through 50, inclusive,

21            Defendants.

22

23

24          The parties, by and through their respective counsel of record, hereby stipulate and agree

25  as follows and respectfully request that the Court approve and give effect to their stipulation:

26          WHEREAS the parties have reached a settlement in this case and are currently drafting

27  the settlement and release agreement.

28

                                                - 1 -

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 949-2600

1    WHEREAS the parties initial discloses and joint case management statement are

2    currently due on August 29, 2008.

3    WHEREAS an Initial Case Management Conference is currently scheduled for

4    September 5, 2008.

5    IT IS HEREBY STIPULATED AND AGREED that all currently scheduled deadlines

6    and hearing dates shall be vacated.

7    IT IS HEREBY STIPULATED AND AGREED that the Court shall set a status

8    conference for December 12, 2008.  If the case has been dismissed with prejudice by December

9    12, 2008, the Court shall remove the status conference from its calendar.

10    IT IS SO STIPULATED.

11                                         Respectfully submitted,

12    Dated: August 29, 2008              MARCUS DANIEL MERCHASIN

13

14                                         _____/s/_____
                                          MARCUS DANIEL MERCHASIN
15
                                          Attorney for Plaintiff
16                                         DORIS GILTON

17
Dated: August 29, 2008              SONNENSCHEIN NATH & ROSENTHAL LLP
18

19                                         _____/s/_____
20                                         MEGAN DUNHAM

21                                         Attorneys for Defendant
                                          ALLSTATE INSURANCE COMPANY
22

23
        IT IS SO ORDERED.
24

25        DATED: _____, 2008

26

27                                         _____
                                          Samuel Conti
28                                         UNITED STATES DISTRICT JUDGE

– 2 –

No. C 08-02612 SC                          STIPULATION AND [PROPOSED] ORDER

2008-08-29 10:20 LAW OFC MD MERCHASIN    415-678-2704 >> enschein LLP CDT P 3/3
08/29/2008 10:07 FAX  925 979 9710    WALNUT CREEK OFFICE    ☒003/003

1        WHEREAS the parties initial discloses and joint case management statement are

2    currently due on August 29, 2008.

3        WHEREAS an Initial Case Management Conference is currently scheduled for

4    September 5, 2008.

5        IT IS HEREBY STIPULATED AND AGREED that all currently scheduled deadlines

6    and hearing dates shall be vacated.

7        IT IS HEREBY STIPULATED AND AGREED that the Court shall set a status

8    conference for December 12, 2008. If the case has been dismissed with prejudice by December

9    12, 2008, the Court shall remove the status conference from its calendar.

10        IT IS SO STIPULATED.

11                                Respectfully submitted,

12    Dated: August 29, 2008           MARCUS DANIEL MERCHASIN

13

14                                MARCUS DANIEL MERCHASIN

15                                Attorney for Plaintiff

16                                DORIS GILTON

17

18    Dated: August 29, 2008           SONNENSCHEIN NATH & ROSENTHAL LLP

19

20                                MEGAN DUNHAM

21                                Attorneys for Defendant

22                                ALLSTATE INSURANCE COMPANY

23

24    IT IS SO ORDERED.

25    DATED: _____, 2008

26

27                                    _____

28                                Samuel Conti
                                         UNITED STATES DISTRICT JUDGE

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 949-2600

- 2 -

No. C 08-02612 SC                          STIPULATION AND [PROPOSED] ORDER