MARCUS DANIEL MERCHASIN (SBN 55927)
Attorney and Counselor at Law
582 Market Street, Suite 1400
San Francisco, CA 94104
Telephone Number: 1-415-678-2700

Attorney for Plaintiff
DORIS GILTON

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN L. DUNHAM (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email:     cmellema@sonnenschein.com
           jbutler@sonnenschein.com
           mdunham@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIS J. GILTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No. C 08-02612 SC<br><br>STIPULATION AND [PROPOSED] ORDER VACATING CURRENTLY SCHEDULED DEADLINES AND DATES AND SETTING A STATUS CONFERENCE |

　　　The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

　　　WHEREAS the parties have reached a settlement in this case and are currently drafting the settlement and release agreement.

- 1 -

No. C 08-02612 SC                                                          STIPULATION AND [PROPOSED] ORDER

1   WHEREAS the parties initial discloses and joint case management statement are
2   currently due on August 29, 2008.
3   WHEREAS an Initial Case Management Conference is currently scheduled for
4   September 5, 2008.
5   IT IS HEREBY STIPULATED AND AGREED that all currently scheduled deadlines
6   and hearing dates shall be vacated.
7   IT IS HEREBY STIPULATED AND AGREED that the Court shall set a status
8   conference for December 12, 2008.  If the case has been dismissed with prejudice by December
9   12, 2008, the Court shall remove the status conference from its calendar.
10  IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 29, 2008                MARCUS DANIEL MERCHASIN


                                      _____/s/_____
                                      MARCUS DANIEL MERCHASIN

                                      Attorney for Plaintiff
                                      DORIS GILTON


Dated: August 29, 2008                SONNENSCHEIN NATH & ROSENTHAL LLP


                                      _____/s/_____
                                      MEGAN DUNHAM

                                      Attorneys for Defendant
                                      ALLSTATE INSURANCE COMPANY


IT IS SO ORDERED.


DATED: _____, 2008


                                      _____
                                      Samuel Conti
                                      UNITED STATES DISTRICT JUDGE

- 2 -
No. C 08-02612 SC                                     STIPULATION AND [PROPOSED] ORDER

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 949-2600

1    WHEREAS the parties initial discloses and joint case management statement are
2    currently due on August 29, 2008.
3    WHEREAS an Initial Case Management Conference is currently scheduled for
4    September 5, 2008.
5    IT IS HEREBY STIPULATED AND AGREED that all currently scheduled deadlines
6    and hearing dates shall be vacated.
7    IT IS HEREBY STIPULATED AND AGREED that the Court shall set a status
8    conference for December 12, 2008. If the case has been dismissed with prejudice by December
9    12, 2008, the Court shall remove the status conference from its calendar.
10   IT IS SO STIPULATED.

11                                      Respectfully submitted,

12   Dated: August 29, 2008             MARCUS DANIEL MERCHASIN

13
14                                      _____
                                        MARCUS DANIEL MERCHASIN
15
                                        Attorney for Plaintiff
16                                      DORIS GILTON

17
     Dated: August 29, 2008             SONNENSCHEIN NATH & ROSENTHAL LLP
18

19
                                        _____
20                                      MEGAN DUNHAM

21                                      Attorneys for Defendant
                                        ALLSTATE INSURANCE COMPANY
22

23
     IT IS SO ORDERED.
24

25   DATED: ___9/2/08_____, 2008

26

27                                      _____
                                        Samuel Conti
28                                      UNITED STATES DISTRICT JUDGE

                                        IT IS SO ORDERED
                                        Judge Samuel Conti

                              - 2 -
No. C 08-02612 SC                                 STIPULATION AND [PROPOSED] ORDER