1  MARCUS DANIEL MERCHASIN (SBN 55927)
   Attorney and Counselor at Law
2  582 Market Street, Suite 1400
   San Francisco, CA 94104
3  Telephone Number: 1-415-678-2700

4  Attorney for Plaintiff
   DORIS GILTON
5
   CYNTHIA L. MELLEMA (State Bar No. 122798)
6  JEFFRY BUTLER (State Bar No. 180936)
   MEGAN L. DUNHAM (State Bar No. 245991)
7  SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 N California Blvd., Suite 800
8  Walnut Creek, CA 94596
   Telephone: (925) 949-2600
9  Facsimile: (925) 949-2610
   Email:        cmellema@sonnenschein.com
10                jbutler@sonnenschein.com
                  mdunham@sonnenschein.com
11
   Attorneys for Defendant
12 ALLSTATE INSURANCE COMPANY

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                     SAN FRANCISCO DIVISION
16

17 DORIS J. GILTON,                    No. C 08-02612 SC

18              Plaintiff,             STIPULATION AND [PROPOSED]
                                       ORDER VACATING CURRENTLY
                                       SCHEDULED DEADLINES AND DATES
19         vs.                         AND SETTING A STATUS
                                       CONFERENCE
   ALLSTATE INSURANCE COMPANY,
20 and DOES 1 through 50, inclusive,

21              Defendants.

22

23

24         The parties, by and through their respective counsel of record, hereby stipulate and agree

25 as follows and respectfully request that the Court approve and give effect to their stipulation:

26         WHEREAS the parties have reached a settlement in this case and are currently drafting

27 the settlement and release agreement.

28

WHEREAS the parties initial discloses and joint case management statement are currently due on August 29, 2008.

WHEREAS an Initial Case Management Conference is currently scheduled for September 5, 2008.

IT IS HEREBY STIPULATED AND AGREED that all currently scheduled deadlines and hearing dates shall be vacated.

IT IS HEREBY STIPULATED AND AGREED that the Court shall set a status conference for December 12, 2008.  If the case has been dismissed with prejudice by December 12, 2008, the Court shall remove the status conference from its calendar.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 29, 2008                     MARCUS DANIEL MERCHASIN


                                           _____/s/_____
                                           MARCUS DANIEL MERCHASIN

                                           Attorney for Plaintiff
                                           DORIS GILTON

Dated: August 29, 2008                     SONNENSCHEIN NATH & ROSENTHAL LLP


                                           _____/s/_____
                                           MEGAN DUNHAM

                                           Attorneys for Defendant
                                           ALLSTATE INSURANCE COMPANY


IT IS SO ORDERED.


DATED: _____, 2008


                                           _____
                                           Samuel Conti
                                           UNITED STATES DISTRICT JUDGE

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 945-0600

1    WHEREAS the parties initial discloses and joint case management statement are

2  currently due on August 29, 2008.

3    WHEREAS an Initial Case Management Conference is currently scheduled for

4  September 5, 2008.

5    IT IS HEREBY STIPULATED AND AGREED that all currently scheduled deadlines

6  and hearing dates shall be vacated.

7    IT IS HEREBY STIPULATED AND AGREED that the Court shall set a status

8  conference for December 12, 2008. If the case has been dismissed with prejudice by December

9  12, 2008, the Court shall remove the status conference from its calendar.

10    IT IS SO STIPULATED.

11                                  Respectfully submitted,

12  Dated: August 29, 2008           MARCUS DANIEL MERCHASIN

13

14

15                                  MARCUS DANIEL MERCHASIN

16                                  Attorney for Plaintiff
                                    DORIS GILTON

17  Dated: August 29, 2008           SONNENSCHEIN NATH & ROSENTHAL LLP

18

19

20                                  MEGAN DUNHAM

21                                  Attorneys for Defendant
                                    ALLSTATE INSURANCE COMPANY

22

23  IT IS SO ORDERED.

24

25  DATED:  9/2/08       , 2008

26

27                                  IT IS SO ORDERED
                                    Samuel
28                                  UNITED STATES DISTRICT JUDGE
                                    Judge Samuel Conti

No. C 08-02612 SC      - 2 -    [STIPULATION AND PROPOSED] ORDER