2008/12/05 11:21 LAW OFC MD MERCHASIN → 415-678-2704 >> enschein LLP CDT  P 2/3
12/04/2008 16:56 FAX 925 949 9710    WALNUT CREEK OFFICE                ☒002/003

1  MARCUS DANIEL MERCHASIN (SBN 55927)
   Attorney and Counselor at Law
2  582 Market Street, Suite 1400
   San Francisco, CA 94104
3  Telephone Number: 1-415-678-2700

4  Attorney for Plaintiff
   DORIS GILTON
5

6  CYNTHIA L. MELLEMA (State Bar No. 122798)
   JEFFRY BUTLER (State Bar No. 180936)
7  MEGAN L. DUNHAM (State Bar No. 245991)
   SONNENSCHEIN NATH & ROSENTHAL LLP
8  2121 N California Blvd., Suite 800
   Walnut Creek, CA 94596
9  Telephone: (925) 949-2600
   Facsimile: (925) 949-2610
10 Email:      cmellema@sonnenschein.com
               jbutler@sonnenschein.com
11             mdunham@sonnenschein.com

12 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16              SAN FRANCISCO DIVISION

17 DORIS J. GILTON,                          No. C 08-02612 SC

18        Plaintiff,                         STIPULATION FOR DISMISSAL WITH
                                             PREJUDICE
19    vs.

20 ALLSTATE INSURANCE COMPANY,
   and DOES 1 through 50, inclusive,
21
          Defendants.
22

23

24
        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that
25
   this action shall be DISMISSED in its entirety WITH PREJUDICE. Each side shall bear its own
26
   fees and costs.
27
        IT IS SO STIPULATED.
28
                                             - 1 -
   No. C 08-02612 SC                                   STIPULATION FOR DISMISSAL WITH
                                                                            PREJUDICE

Case 3:08-cv-02612-SC   Document 19   Filed 12/09/08   Page 2 of 2

2008-12-05 11:21 LAW OFC MD MERCHASIN      415-678-2704 >> enschein LLP CDT  P 3/3
12/04/2008 16:56 FAX  925 979 9710     WALNUT CREEK OFFICE              ☒003/003

Respectfully submitted,

Dated: December 5, 2008

MARCUS DANIEL MERCHASIN

_____
MARCUS DANIEL MERCHASIN

Attorney for Plaintiff
DORIS GILTON

Dated: December 5, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

_____
MEGAN DUNHAM

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

DATED: __12/9__, 2008

IT IS SO ORDERED
Judge Samuel Conti

Samuel _____
UNITED STATES DISTRICT JUDGE

No. C 08-02612 SC                  - 2 -                    STIPULATION FOR DISMISSAL WITH PREJUDICE

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 949-2600